**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spurr, Andrea Caroline** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Andrea C. Spurr** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **0547** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8006 Elisabeth Lane<br>Largo, FL**<br>ZIPCODE **33777** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**8006 Elisabeth Lane, Largo, FL**<br>ZIPCODE **33777** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>             Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.       business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Case 8:08-bk-19582-KRM   Doc 1   Filed 12/09/08   Page 2 of 59 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s): **Spurr, Andrea Caroline** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>      Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Spurr, Andrea Caroline**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___Andrea Caroline Spurr___
  Signature of Debtor        **Andrea Caroline Spurr**

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December 9, 2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X ___Gina M. Pellegrino___
  Signature of Attorney for Debtor(s)

**Gina M. Pellegrino 0022842**
**Iurillo & Associates, P.A.**
**600 First Avenue North Suite 308**
**St. Petersburg, FL 33701**

**December 9, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

IN RE:                                                    Case No. _____

**Spurr, Andrea Caroline**                               Chapter **7**
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____*Andrea Caroline Spurr*_____

Date: **December 9, 2008** _____

Certificate Number:  02624-FLM-CC-004907031

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 13, 2008 , at 4:25 o'clock PM EDT ,

Andrea Spurr received from

Consumer Credit Counseling Service of Central Florida and the Florida Gulf Coast, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Middle District of Florida , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: September 15, 2008          By     /s/Lissette Gonzalez-Bermudez

                                  Name   Lissette Gonzalez-Bermudez

                                  Title  Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

IN RE:                                                    Case No. _____

Spurr, Andrea Caroline                                   Chapter **7** _____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $  1,626,500.00 | | |
| B - Personal Property | Yes | 6 | $      6,603.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $  2,220,593.94 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $    305,060.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 6 | | | $    12,392.64 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $    17,238.00 |
| TOTAL | | 27 | $  1,633,103.16 | $  2,525,654.45 | |

Form 6 - Statistical Summary (12/07)

IN RE:                                                           Case No. _____

**Spurr, Andrea Caroline** _____             Chapter **7** _____
                            Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

IN RE Spurr, Andrea Carol
       Debtor(s)            Case No.
                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 10638 101st Ave. N. Seminole, FL 33772 Debtor will surrender (Owner of record for this property is 101st Avenue N Land Trust No. 10638, S & T Investments, LLC., a Florida Limited Liability Company as Trustee and not personally of the 101st Avenue N Land Trust No. 10638) | Fee Simple | | 140,000.00 | 134,739.13 |
| 1201 NE 6th Place Cape Coral, FL Debtor will surrender (Owner of record for this property is NE 6th Place Land Trust No. 1201, S & T Investments, LLC., a Florida Limited Liability Company as Trustee and not personally of the NE 6th Place Land Trust No. 1201) | Fee Simple | | 195,000.00 | 286,446.30 |
| 13178 Eleanor Ave. Port Charlotte, FL Debtor will surrender | Fee Simple | | 195,000.00 | 400,000.00 |
| 13210 Essman Ave. Port Charlotte, FL Debtor will surrender | Fee Simple | | 195,000.00 | 400,000.00 |
| 2978 Oaklawn Ave. Largo, FL 33771 Debtor will surrender (Owner of record for this property is Oaklawn Avenue Land Trust No. 2978, S & T Investments, LLC., a Florida Limited Liability Company as Trustee and not personally of the Oakland Avenue Land Trust No. 2978) | Fee Simple | | 140,000.00 | 141,008.05 |
| 3102 73rd St. W. Lehigh Acres, FL Debtor will surrender (Owner of record for this property is W 73rd Street Land Trust No. 3201, S & T Investments, LLC., a Florida Limited Liability Company as Trustee and not personally of the W 73rd Street Land Trust No. 3201) | Fee Simple | | 7,500.00 | 0.00 |
| 3135 Pine Tree Ave. Largo, FL Debtor will surrender (Owner of record for this property is Pine Tree Avenue Land Trust No. 3135, S & T Investments, LLC., a Florida Limited Liability Company as Trustee and not personally of the Pine Tree Avenue Land Trust No. 3135) | Fee Simple | | 150,000.00 | 144,042.71 |
| 3138 Oaklawn Ave. Largo, FL Debtor will surrender (Owner of record for this property is Oaklawn Avenue Land Trust No. 3138, S & T Investments, LLC., a Florida Limited Liability Company as Trustee and not personally of the Oaklawn Avenue Land Trust No. 3138) | Fee Simple | | 155,000.00 | 152,570.84 |
| 3605 N. June Ave. Lehigh Acres, FL Debtor will surrender (Owner of record for this property is N | | | 7,500.00 | 0.00 |
| | | TOTAL | 1,626,500.00 | |

(Report also on Summary of Schedules)

Debtor(s)                                                                                Case No.              (If known)

# SCHEDULE A - REAL PROPERTY
## (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **June Avenue Land Trust No. 3605, S & T Investments, LLC., a Florida Limited Liability Company as Trustee and not personally of the N June Avenue Land Trust No. 3605)**<br><br>**8006 Elisabeth Lane**<br>**Largo, FL 33777**<br>**Debtor will reaffirm; this is Debtor's homestead** | **Fee Simple** | | 441,500.00 | 583,627.14 |

<table>
<tr><td></td><td>Debtor(s)</td><td></td><td>Case No.</td><td>(If known)</td></tr>
</table>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the property is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Business Checking (Investment Properties)**<br>**Bank of America Personal Checking** | | 1.00<br>255.16 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings - See Exhibit A attached** | | 4,575.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing - See Exhibit A attached** | | 175.00 |
| 7. Furs and jewelry. | | **Jewelry - See Exhibit A attached** | | 1,395.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **S&W 38 Special Air Weight - See Exhibit A attached** | | 200.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Andrea C. Spurr, DDS, P.A.**<br>**100% Ownership**<br>**Not an operating business.  This is a pass-through business to receive payments as an employee of Anthony Cheslock, DDS, P.A.**<br><br>**Online Shopper's Paradise, LLC**<br>**100% Ownership** | | 0.00<br><br><br><br>0.00 |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Start-up Internet business with little or no profit to date. **S & T Investments, LLC** **100% Ownership** **Failed real estate investments even though there is equity in some of the properties being surrendered. Properties could not be sold due to market.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Coastal Asset Real Estate, Inc.** **5630 Park Blvd., Ste. D** **Pinellas Park, FL 33781** **Misappropriation of rental income** | | **unknown** |
| | | **Greg Clyde** **5630 Park Blvd., Ste. D** **Pinellas Park, FL 33781** **Misappropriation of rental income; fraudulent representations** | | **unknown** |
| | | **GSC Management** **5630 Park Blvd., Ste. D** **Pinellas Park, FL 33781** **Fraudulent representations** | | **unknown** |
| | | **Gulfstream Development Group, LLC** **4037 Del Prado Blvd.** **Cape Coral, FL 33904** **Misappropriation of rental income; fraudulent representations** | | **unknown** |
| | | **Suzanne Gordon** **5630 Park Blvd., Ste. D** **Pinellas Park, FL 33781** **Misappropriation of rental income; fraudulent representations** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Debtor(s)      Case No.      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Cats (2) | | 2.00 |
| 32. Crops – growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 6,603.16 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Exhibit "A"

In the matter of:

ANDREA C. SPURR                           CASE NO:8:08-bk-

Debtor(s)

_____/

REPORT OF APPRAISER

    I HEREBY APPRAISE the following property located at: 8006 Elisabeth Ln.,
Largo, FL 33777.

**4. Household goods and furnishings, including
audio, video, and computer equipment:**

| | |
|---|---|
| Contemporary Sofa/Chaise | $ 125.00 |
| Glass Table Set | $ 15.00 |
| Framed Print "Court Yard" | $ 25.00 |
| Framed Print "Spanish" | $ 15.00 |
| Panasonic HDTV Projection | $ 250.00 |
| Toshiba DVD | $ 25.00 |
| Yamaha Receiver | $ 75.00 |
| Red Leather Chaise | $ 100.00 |
| Silk Tree/Plant | $ 15.00 |
| Full Bed / Dresser | $ 60.00 |
| Bookcase | $ 10.00 |
| Silk Palm / Cat Print | $ 15.00 |
| Floral Print Chair | $ 15.00 |
| Single Bed | $ 25.00 |
| Woodgrain Desk w/upper | $ 35.00 |
| M&M Collectibles (75+) | $ 150.00 |
| Cat/Gumball Print | $ 5.00 |
| Woodgrain Desk w/upper (large) | $ 125.00 |
| HP Pavillion w/Flat Panel | $ 145.00 |
| Epson Stylus Printer | $ 30.00 |
| Brass Globe | $ 60.00 |
| Overstuffed Sofa | $ 125.00 |
| Chrome Floor Stand Lamp | $ 35.00 |
| Framed Palm Print | $ 10.00 |
| Brother Fax | $ 20.00 |
| Cherry Drum Table | $ 30.00 |
| Geometric Pattern Area Rug | $ 15.00 |
| Contemporary Fabric Chair | $ 60.00 |
| Giraffe Figure | $ 15.00 |
| Palm Table Lamps | $ 10.00 |

In the matter of:

ANDREA C. SPURR                                    CASE NO:8:08-bk-

## 4. Household goods and furnishings cont.:

| | |
|---|---:|
| Iron Base Glass Top Table w/4 chairs | $ 75.00 |
| Assorted Kitchenware | $ 45.00 |
| Elph Digital Camera | $ 45.00 |
| DXG 5.0 mp Video Camera | $ 65.00 |
| Iron Wood Hall Table | $ 20.00 |
| Topiary / Florals (3) | $ 25.00 |
| Queen Anne Leg Chair (2) | $ 175.00 |
| Wicker Accent Glass Top Side Table | $ 30.00 |
| Bow Front Contemporary Sofa | $ 150.00 |
| Glass Shade Floor Lamp | $ 35.00 |
| Oil on Canvas "Café" | $ 75.00 |
| Bombay 3-Drawer Chest | $ 15.00 |
| Floral Print / Candle Holders | $ 20.00 |
| Wing Back Chairs (2) | $ 100.00 |
| Iron Base/Glass Top Table | $ 15.00 |
| Iron Room Screen | $ 20.00 |
| Silk Palm | $ 15.00 |
| Hammered Metal Pottery Set (3) | $ 25.00 |
| Yamaha Upright Piano | $ 150.00 |
| Tapestry | $ 35.00 |
| King 4-Poster Bedroom Suite | $ 600.00 |
| Massage Chair | $ 500.00 |
| Phillips 27"TV | $ 30.00 |
| Iron Patio Table w/4 chairs | $ 75.00 |
| Wicker 5-Piece Patio Set | $ 125.00 |
| Charbroil Grill | $ 35.00 |
| Rock Hopper Bike | $ 75.00 |
| Ladder | $ 15.00 |
| Assorted Hand Tools | $ 25.00 |
| Pool Chaise (2) | $ 20.00 |
| Wing Parachute | $ 300.00 |
| Tennis Rackets (2) | $ 15.00 |

## SUBTOTAL:                                          $4,575.00

## 6. Wearing apparel:

| | |
|---|---:|
| Her Clothing | $ 175.00 |

## SUBTOTAL:                                          $ 175.00

Page 2

In the matter of:

ANDREA C. SPURR                                    CASE NO:8:08-bk-

7. Furs and Jewelry:

| | |
|---|---|
| 14 KG 1/3 ct. Round Diamond (2) | $ 200.00 |
| 18 KG ¾ Round Diamond | $ 425.00 |
| 18 KG ¾ Marquis Diamond | $ 425.00 |
| 18 KG ¾ cttw. Earrings | $ 150.00 |
| 14 KG Necklace | $  75.00 |
| Citizens Ladies Watch | $  75.00 |
| Assorted Costume Jewelry (25+) | $   45.00 |

**SUBTOTAL:**                                       $1,395.00

8. Firearms and sports, photographic:

S&W 38 Special Air Weight                          $ 200.00

**SUBTOTAL:**                                       $ 200.00

Itemized totals:

| | |
|---|---|
| 4 Household goods and furnishings: | $4,575.00 |
| 6. Wearing apparel: | $ 175.00 |
| 7. Furs and jewelry: | $1,395.00 |
| 8. Firearms and sports: | $ 200.00 |

**GRAND TOTAL**                                     $6,345.00

Respectfully Submitted,

James W. Sosnowski

Page 3

**B6C (Official Form 6C) (12/07)**

Debtor(s)                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☑ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **8006 Elisabeth Lane Largo, FL 33777 Debtor will reaffirm; this is Debtor's homestead** | **FSA § 497.413** | **441,500.00** | **441,500.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Bank of America Business Checking (Investment Properties)** | Art X § 4(a)(2) | 1.00 | 1.00 |
| **Bank of America Personal Checking** | Art X § 4(a)(2) | 255.16 | 255.16 |
| **Household goods and furnishings - See Exhibit A attached** | Art X § 4(a)(2) | 4,575.00 | 4,575.00 |
| **Clothing - See Exhibit A attached** | Art X § 4(a)(2) | 175.00 | 175.00 |
| **Jewelry - See Exhibit A attached** | Art X § 4(a)(2) | 1,395.00 | 1,395.00 |
| **S&W 38 Special Air Weight - See Exhibit A attached** | Art X § 4(a)(2) | 200.00 | 200.00 |
| **Cats (2)** | Art X § 4(a)(2) | 2.00 | 2.00 |

IN RE Spurr, Andrea Caroline    Case 8:08-bk-19582-KRM    Doc 1    Filed 12/09/08    Page 17 of 59
Debtor(s)                                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

   List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0021701669 <br><br> Aurora Loan Services <br> 10350 Park Meadows Dr. <br> Littleton, CO 80124 | | | Mortgage - 3138 Oaklawn Ave., Largo, FL (Investment Property - to be surrendered) <br><br><br> VALUE $ 155,000.00 | X | X | X | 152,570.84 | |
| ACCOUNT NO. <br><br> Aurora Loan Services <br> P.O. Box 1706 <br> 2617 College Park <br> Scottsbluff, NE 69363-1706 | | | Assignee or other notification for: Aurora Loan Services <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Aurora Loan Services <br> P.O. Box 78112 <br> Phoenix, AZ 85062-8112 | | | Assignee or other notification for: Aurora Loan Services <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. 68211065773499 <br><br> Bank Of America <br> P.O. Box 538673 <br> Atlanta, GA 30353-8673 | | | Mortgage (2nd) on 8006 Elisabeth Lane, Largo, FL (Homestead - exempt) <br><br><br> VALUE $ 441,500.00 | X | X | X | 99,935.21 | 99,935.21 |

____2____ continuation sheets attached

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ 252,506.05 | $ 99,935.21 |
| Total <br> (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Debtor(s)                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **143603147** <br> **Countrywide Home Loans** <br> **P.O. Box 660694** <br> **Dallas, TX 75266-0694** | | | Mortgage - 2978 Oaklawn Ave., Largo, FL (Investment Property - to be surrendered) <br><br> VALUE $ **140,000.00** | X | X | X | 141,008.05 | 1,008.05 |
| ACCOUNT NO. <br> **Countrywide** <br> **SVB-314** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93065-6298** | | | Assignee or other notification for: Countrywide Home Loans <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Countrywide** <br> **P.O. Box 10211** <br> **VanNuys, CA 91499-6089** | | | Assignee or other notification for: Countrywide Home Loans <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Countrywide** <br> **Insurance Department** <br> **P.O. Box 961206 FTWX-22** <br> **Fort Worth, TX 76161-0206** | | | Assignee or other notification for: Countrywide Home Loans <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **1010026936** <br> **IndyMac** <br> **P.O. Box 78826** <br> **Phoenix, AZ 85062-8826** | | | Mortgage - 10638 101st Ave., N., Seminole, FL (Investment Property - to be surrendered) <br><br> VALUE $ **140,000.00** | X | X | X | 134,739.13 | |
| ACCOUNT NO. **UNKNOWN** <br> **National Credit Union Administration** <br> **Liqudatg Agt Huron Riv Area Credit Union** <br> **4807 Spicewood Spgs Rd., Ste. 5100** <br> **Austin, TX 78759** | | | Mortgage - 13210 Essman Ave., Port Charlotte, FL (Investment Property - to be surrendered) <br><br> VALUE $ **195,000.00** | X | X | X | 400,000.00 | 205,000.00 |

Sheet no.   **1** of   **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **675,747.18**    $ **206,008.05**

Total (Use only on last page)    $      $

(Report also on Summary of Schedules.)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE Spurr, Andrea Caroline        Case No. 8:08-bk-19582-KRM    Doc 1    Filed 12/09/08    Page 19 of 59
                        Debtor(s)                                          Case No.              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **UNKNOWN** <br> **National Credit Union Administration Liqudatg Agt Huron Riv Area Credit Union 4807 Spicewood Spgs Rd., Ste. 5100 Austin, TX 78759** | | | **Mortgage - 13178 Eleanor Ave., Port Charlotte, FL (Investment Property - to be surrendered)** <br><br> VALUE $ 195,000.00 | X | X | X | 400,000.00 | 205,000.00 |
| ACCOUNT NO. 0226548643 <br> **Wachovia Bank, NA P.O. Box 96001 Charlotte, NC 28296-0001** | | | **Mortgage (1st) on 8006 Elisabeth Lane, Largo, FL (Homestead - exempt)** <br><br> VALUE $ 441,500.00 | X | X | X | 461,851.70 | 20,351.70 |
| ACCOUNT NO. 0666650908 <br> **WaMu P.O. Box 78148 Phoenix, AZ 85062-8147** | | | **Mortgage - 3135 Pine Tree Ave., Largo, FL (Investment Property - to be surrendered)** <br><br> VALUE $ 150,000.00 | X | X | X | 144,042.71 | |
| ACCOUNT NO. <br> **Washington Mutual Bank P.O. Box 44118 Jacksonville, FL 32231-4118** | | | Assignee or other notification for: WaMu <br><br> VALUE $ | | | | | |
| ACCOUNT NO. 0152545422 <br> **Wells Fargo Post Office Box 660455 Dallas, TX 75266-0455** | | | **Mortgage - 1201 NE 6th Place, Cape Coral, FL (Investment Property - to be surrendered)** <br><br> VALUE $ 195,000.00 | X | X | X | 286,446.30 | 91,446.30 |
| ACCOUNT NO. <br> **Wells Fargo Post Office Box 10335 Des Moines, IA 50306** | | | Assignee or other notification for: Wells Fargo <br><br> VALUE $ | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 1,292,340.71 | $ 316,798.00 |
| Total (Use only on last page) | $ 2,220,593.94 | $ 622,741.26 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

                    Debtor(s)                                                                Case No: _____
                                                                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 40039904001362161 <br> **Bank Of America** <br> **P.O. Box 15184** <br> **Wilmington, DE 19850-5184** | | | **Credit Card Debt (Business - related to investment properties)** | X | X | X | **29,427.25** |
| ACCOUNT NO. <br> **Bank Of America Business Card** <br> **P.O. Box 15710** <br> **Wilmington, DE 19886-5710** | | | **Assignee or other notification for:** <br> **Bank Of America** | | | | |
| ACCOUNT NO. 4427-1030-0195-3339 <br> **Bank Of America** <br> **Post Office Box 15026** <br> **Wilmington, DE 19850-5026** | | | **Credit Card Debt** | X | X | X | **21,177.65** |
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886-5019** | | | **Assignee or other notification for:** <br> **Bank Of America** | | | | |

_____4 continuation sheets attached

Subtotal (Total of this page) | $ | **50,604.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5490-9948-6300-0279** <br> **Bank Of America** <br> **P.O. Box 15019** <br> **Wilmington, DE  19886-5019** | | | **Credit Card Debt** | X | X | X | 47,896.26 |
| ACCOUNT NO. <br> **Bank Of America** <br> **Post Office Box 15026** <br> **Wilmington, DE  19850-5026** | | | **Assignee or other notification for:** <br> **Bank Of America** | | | | |
| ACCOUNT NO. **68211033727999** <br> **Bank Of America** <br> **P.O. Box 21848** <br> **Greensboro, NC  27420-1848** | | | **Credit Line** | X | X | X | 58,320.59 |
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 538673** <br> **Atlanta, GA  30353-8673** | | | **Assignee or other notification for:** <br> **Bank Of America** | | | | |
| ACCOUNT NO. **5474-8750-0129-9222** <br> **Bank Of America Business Card** <br> **P.O. Box 15710** <br> **Wilmington, DE  19886-5710** | | | **Credit Card Debt (Business - related to investment properties)** | X | X | X | 19,331.84 |
| ACCOUNT NO. <br> **Bank Of America** <br> **P.O. Box 15184** <br> **Wilmington, DE  19850-5184** | | | **Assignee or other notification for:** <br> **Bank Of America Business Card** | | | | |
| ACCOUNT NO. **4339-9300-1335-0931** <br> **Bank Of America Business Card** <br> **P.O. Box 15710** <br> **Wilmington, DE  19886-5710** | | | **Credit Card Debt (Business - Skykid Holdings, LLC - closed in 2007)** | X | X | X | 19,001.45 |

Sheet no. _____ **1** of _____ **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 144,550.14

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America**<br>**P.O. Box 15184**<br>**Wilmington, DE  19850-5184** | | | Assignee or other notification for:<br>**Bank Of America Business Card** | | | | |
| ACCOUNT NO. **4266-8410-3688-3351**<br>**Chase Bank One**<br>**Post Office Box 15298**<br>**Wilmington, DE  19850-5298** | | | **Credit Card Debt** | X | X | X | **10,419.16** |
| ACCOUNT NO.<br>**Chase**<br>**Post Office Box 15153**<br>**Wilmington, DE  19886-5153** | | | Assignee or other notification for:<br>**Chase Bank One** | | | | |
| ACCOUNT NO. **5424-1805-6446-5711**<br>**Citi Cards**<br>**P.O. Box 6411**<br>**The Lakes, NV  88901-6411** | | | **Credit Card Debt** | X | X | X | **1,405.27** |
| ACCOUNT NO.<br>**Citicard**<br>**Citibank Customer Service**<br>**Post Office Box 6500**<br>**Sioux Falls, SD  57117** | | | Assignee or other notification for:<br>**Citi Cards** | | | | |
| ACCOUNT NO.<br>**CitiCards**<br>**1500 Boltonfield St.**<br>**Columbus, OH  43228** | | | Assignee or other notification for:<br>**Citi Cards** | | | | |
| ACCOUNT NO. **N/A**<br>**Elda Matthews**<br>**10638 101st Ave. N.**<br>**Seminole, FL  33772** | | | **Unilateral Termination of Lease** | X | X | X | **unknown** |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ | **11,824.43** |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

B6F (Official Form 6F) (12/07) - Cont.

IN RE Spurr, Andrea Carine      Case 8:08-bk-19582-KRM      Doc 1      Filed 12/09/08      Page 24 of 59
_____
        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **N/A**<br>**Eric Bordeau**<br>**2978 Oaklawn Ave.**<br>**Largo, FL 33777** | | | **Unilateral Termination of Lease** | X | X | X | **unknown** |
| ACCOUNT NO. **N/A**<br>**Jacqueline Gang**<br>**3135 Pine Tree Ave.**<br>**Largo, FL 33771** | | | **Unilateral Termination of Lease** | X | X | X | **unknown** |
| ACCOUNT NO. **N/A**<br>**Jose Trejo**<br>**3138 Oaklawn Ave.**<br>**Largo, FL 33771** | | | **Unilateral Termination of Lease** | X | X | X | **unknown** |
| ACCOUNT NO. **N/A**<br>**Kenneth Urban/Adam Mold**<br>**1201 NE 6th Place**<br>**Cape Coral, FL 33909-1006** | | | **Unilateral Termination of Lease** | X | X | X | **unknown** |
| ACCOUNT NO. **N/A**<br>**Martina Flores**<br>**2978 Oaklawn Ave.**<br>**Largo, FL 33777** | | | **Unilateral Termination of Lease** | X | X | X | **unknown** |
| ACCOUNT NO. **N/A**<br>**Nancie Gordon**<br>**3135 Pine Tree Ave.**<br>**Largo, FL 33771** | | | **Unilateral Termination of Lease** | X | X | X | **0.00** |
| ACCOUNT NO. **0000212000129206**<br>**Regions Bank**<br>**P.O. Box 2224**<br>**Birmingham, AL 35246-0009** | | | **Credit Card Debt (Business - related to investment properties)** | X | X | X | **48,362.69** |

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 48,362.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4386-5503-2008-1813<br><br>**Wachovia Bank, NA**<br>**P.O. Box 96074**<br>**Charlotte, NC  28296-0074** | | | **Credit Card Debt (Business - related to investment properties)** | X | X | X | **49,718.35** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | | Subtotal (Total of this page) | $ 49,718.35 |
|---|---|---|---|
|  | | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 305,060.51 |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Lexus Financial Services (Lessor)**<br>**P.O. Box 17187**<br>**Baltimore, MD  21297-0511** | **Debtor is Lessee on Car Lease - 2008 Lexus RX 350**<br>**Terms:  36 months**<br>**Beginning Date:  06/2007** |
| **Andrea C. Spurr (Lessor)**<br>**8006 Elisabeth Lane**<br>**Largo, FL  33777**<br><br>**Elda Matthews (Lessee)**<br>**10638 101st Ave. N.**<br>**Seminole, FL  33772** | **Debtor is Lessor - Residential Lease:  10638 101st Ave. N., Seminole, FL 33772**<br>**Property Involved:  Duplex**<br>**Lease:  Annually commencing May, 2003**<br>**No Buyout** |
| **Andrea C. Spurr (Lessor)**<br>**8006 Elisabeth Lane**<br>**Largo, FL  33777**<br><br>**Kenneth Urban/Adam Mold (Lessee)**<br>**1201 NE 6th Place**<br>**Cape Coral, FL** | **Debtor is Lessor - Residential Lease: 1201 NE 6th Place, Cape Coral, FL**<br>**Property Involved:  Single Family Home**<br>**Lease:  Annually commencing June, 2006**<br>**No Buyout** |
| **Andrea C. Spurr (Lessor)**<br>**8006 Elisabeth Lane**<br>**Largo, FL  33777**<br><br>**Eric Bordeau (Lessee)**<br>**2978 Oaklawn Ave.**<br>**Largo, FL  33777** | **Debtor is Lessor - Residential Lease: 2978 Oaklawn Ave., Largo, FL 33777**<br>**Property Involved:  Duplex**<br>**Lease:  Annually commencing October, 2002**<br>**No Buyout** |
| **Andrea C. Spurr (Lessor)**<br>**8006 Elisabeth Lane**<br>**Largo, FL  33777**<br><br>**Martina Flores (Lessee)**<br>**2978 Oaklawn Ave.**<br>**Largo, FL  33777** | **Debtor is Lessor - Residential Lease:  2978 Oaklawn Ave., Largo, FL 33777**<br>**Property Involved:  Duplex**<br>**Lease:  Annually commencing October, 2002**<br>**No Buyout** |
| **Andrea C. Spurr (Lessor)**<br>**8006 Elisabeth Lane**<br>**Largo, FL  33777**<br><br>**Jacqueline Gang (Lessee)**<br>**3135 Pine Tree Ave.**<br>**Largo, FL  33771** | **Debtor is Lessor - Residential Lease: 3135 Pine Tree Ave., Largo, FL 33771**<br>**Property Involved:  Duplex**<br>**Lease:  Annually commencing January, 2005**<br>**No Buyout** |
| **Andrea C. Spurr (Lessor)**<br>**8006 Elisabeth Lane**<br>**Largo, FL  33777**<br><br>**Jose Trejo (Lessee)**<br>**3138 Oaklawn Ave.**<br>**Largo, FL  33771** | **Debtor is Lessor - Residential Lease:  3138 Oaklawn Ave., Largo, FL 33771**<br>**Property Involved:  Duplex**<br>**Lease:  Annually commencing June, 2005**<br>**No Buyout** |
| **Andrea C. Spurr (Lessor)**<br>**8006 Elisabeth Lane**<br>**Largo, FL  33777**<br><br>**Nancie Gordon (Lessee)**<br>**3135 Pine Tree Ave.**<br>**Largo, FL  33771** | **Debtor is Lessor- Residential Lease:  3135 Pine Tree Ave., Largo, FL 33771**<br>**Property Involved:  Duplex**<br>**Lease:  Annually commencing January, 2005**<br>**No Buyout** |

IN RE Spurr, Andrea Caroline                                    Case No.
_____                    _____
            Debtor(s)                                           (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Dentist** | |
| Name of Employer | **Andrea C. Spurr, DDS, P.A.** | |
| How long employed | **10 years** | |
| Address of Employer | **8000 Seminole Blvd., #7** | |
| | **Seminole, FL** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ **0.00** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ **6,315.14** | $ |
| 8. Income from real property | $ **6,077.50** | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **12,392.64** | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **12,392.64** | $ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)      $ **12,392.64**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **The Debtor is surrendering her seven (7) investment properties in this bankruptcy and will no longer be receiving any rental income from real property and therefore she will not be receiving the $6,077.50 per month. Expenses for these properties have exceeded income from real property. See Exhibit B attached. Once investment properties are surrendered and monthly payments are no longer made, her net monthly income is -$2,015.86.**

## 10638 101st Ave. N.

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | |
| leases | 1275 | 1395 | 1325 | 1325 | 1325 | 1325 | 1325 | 1257.5 | 650 | 650 | 650 |
| **Expenses** | | | | | | | | | | | |
| Corp. filing fee | 138.75 | | | | | | | | | | |
| mortgage | 1021.72 | 1021.72 | 1021.72 | 1021.72 | 1021.72 | 1021.72 | 1021.72 | 1021.72 | | | |
| lawn | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 60 | 60 | 60 | 60 |
| Prop. Mgmt | 127.5 | 139.5 | 132.5 | 132.5 | 132.5 | 132.5 | 132.5 | | | | |
| GSC mgmt | | | | | | | | 65 | 65 | 65 | 65 |
| carpet | | | | | | | | | | | |
| water/sewer | | 122.9 | | 124.1 | | 131.91 | | | 413.06 | 563.06 | |
| tangible tax | | 87.24 | | | | | | | | | |
| Waste Mgmt | | | | | 90.1 | | | | | | |
| RE tax | | | 2462.44 | | | | | | | | 89.38 |
| flood insurance | | | | | | 905 | | | | | |
| hazard insurance | | | | | | 1056 | | | 1705 | | |
| appliances | | | | | | | | | 27.18 | 25 | |
| liability insurance | 159.28 | | | | | 316.1 | | | | | 40 |
| **Total expenses** | 1477.25 | 1401.36 | 3646.66 | 1308.32 | 1274.32 | 3593.23 | 1184.22 | 1146.72 | 2270.24 | 713.06 | 254.38 |

## 2978 Oaklawn



EXHIBIT B

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | |
| leases | 1000 | 1000 | 1000 | 1000 | 1000 | 1050 | 1000 | 1000 | 1000 | 1030 | 1000 |
| **Expenses** | | | | | | | | | | | |
| mortgage | 522.28 | 522.28 | 522.28 | 522.28 | 522.28 | 522.28 | 522.28 | 561.45 | | 927 | |
| Prop. Mgmt. | 100 | 100 | 100 | 100 | 100 | 105 | 100 | 100 | 100 | 103 | 100 |
| GSC Mgmt. | | | | | | 50 | | | | | |
| RE tax | | | 2426.26 | | | | | | | 0 | |
| Hazard insurance | | | | | | | | | | | |
| handyman | | | | | | | | | | | |

appliance repair
bank charges
tangible tax
appraisal for refi
plumbing

Total expenses

448.93

622.28   622.28   3048.54   622.28   622.28   677.28   1071.21   661.45   1100   1030   290

190

## 3135 Pine Tree Ave.

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | |
| leases | 1100 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 |
| **Expenses** | | | | | | | | | | | |
| locksmith | | | | | | | | | | | |
| mortgage | 1332.01 | 1332.01 | 1279.82 | 1279.82 | 1279.82 | 1279.82 | 1279.82 | 1279.82 | 1178.47 | 1181.94 | |
| lawn | 30 | 30 | 30 | 30 | 30 | | | 80 | 60 | 60 | |
| Prop. Mgmt | 110 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 | 145 |
| GSC Mgmt/repairs | 245 | | | 402 | | 90 | | | 150 | | |
| carpet | | | | | | | | | | | |
| water/sewer | | | | | | | | | | | |
| occupational license | 259.9 | 259.9 | 259.9 | | 241.32 | | 272.1 | | 330.26 | | 392.62 |
| tree trim | | | | | | | | | | | |
| RE tax | | | 2662.64 | | | | | | | | |
| trash removal | | | | | | | | | | | |
| hazard insurance | | | | | | | 120 | 11 | | | |
| handyman | | | | | | | | | | | |
| appliance repair | | | | | | 60 | | 95 | | | |
| **Total expenses** | 1976.91 | 1507.01 | 4377.36 | 1856.82 | 1756.14 | 1514.82 | 1816.92 | 1610.82 | 1803.73 | 1386.94 | 597.62 |

## 3828 Oaklawn

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | |
| leases | 750 | 750 | 1250 | 750 | 550 | 1225 | 1275 | 1275 | 1275 | 1275 | 500 |
| **Expenses** | | | | | | | | | | | |
| mortgage | 564.53 | 564.53 | 564.53 | 564.53 | 564.53 | 856.92 | 825.19 | 564.53 | | 815 | |
| water/sewer | 7.53 | 98.64 | | 84.16 | | 57.77 | 31.36 | | | | |
| Prop. Mgmt | 75 | 75 | 75 | 75 | | | | | | | |
| GSC Mgmt. | | | | | | 127.5 | 127.5 | 127.5 | 127.5 | | |
| RE tax | 1951 | | | | 55 | 420 | 44 | | | | |
| Hazard insurance | | | | | | | | | | 135 | 50 |
| occupational license | | | 2566.2 | 869 | | | | | | | |

11

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| carpet, paint, steamer | 71.69 | | 30 | | | | | 95 | | | |
| appliances | | | | | | | | | | | |
| lawn | | 35 | 35 | 35 | | | | | | | |
| plumbing | 35 | | | | 35 | 35 | 35 | 70 | 70 | 70 | 70 |
| locks | | | | | 35 | 125 | 193 | | | 210 | 220 |
| handyman | | | | | | | | | | 45 | 259.7 |
| waste mgmt | 15.52 | | | | | | | 92.86 | | | |
| **Total expenses** | 2720.27 | 773.17 | 3270.73 | 1627.69 | 689.53 | 1622.19 | 1256.05 | 960.89 | 197.5 | 1275 | 599.7 |

## 1201 NE 6th Pl.

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | 1095 | 1095 | 1095 | 1095 | 1095 | 1095 | 1095 | 1095 | 1095 | 1095 not received yet | |
| **Expenses** | | | | | | | | | | | |
| mortgage | 1903.64 | 1903.64 | 1903.64 / 4869.52 | 1903.64 | 1903.64 | 1903.64 | 1903.64 | 1903.64 | | | |
| RE taxes | | | | | | | | | | | |
| lawn, pool, elec. | | | | | | | | | | | |
| property mgmt | | | | | | | | | | | |
| hazard insurance | 109.5 | 109.5 | 109.5 | 109.5 | 109.5 | 109.5 | 109.5 | 109.5 | 109.5 | | |
| **total expenses** | 2013.14 | 2013.14 | 6882.66 | 2013.14 | 2013.14 | 2013.14 | 2013.14 | | | | |

## 14210 Essman Ln.

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| hazard insurance | | | | | | | | | | | |
| flood ins. | | | | | | | | | | | |
| constr. Interest | | | | | | | | | | | |
| prop. Taxes | | | | | | | | | | | |
| prop. Mgmt setup fee | | | | | | | | | | | |
| appraisal | | | | | | | | | | | |

## 13178 Eleanor Ave.

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| constr. Interest | | | | | | | | | | | |
| flood ins. | | | | | | | | | | | |
| prop. Taxes | | | | | | | | | | | |
| prop mgmt setup fee | | | | | | | | | | | |
| attorney fees | | | | 1000 | | | | | | | |

## 3605 N. June Ave.

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| prop. Taxes | | | 361.53 | | | | | | | | |

## 3402 73rd St. N.

| | Jan. 08 | Feb. 08 | Mar. 08 | Apr. 08 | May. 08 | Jun. 08 | Jul. 08 | Aug. 08 | Sep. 08 | Oct. 08 | Nov. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| prop. Taxes | | | 390.43 | | | | | | 953.6 | | |

move all properties into land trusts

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,381.00 |
|    a. Are real estate taxes included?  Yes ___ No ✔ | | |
|    b. Is property insurance included?  Yes ___ No ✔ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 275.00 |
|    b. Water and sewer | $ | 40.00 |
|    c. Telephone | $ | 110.00 |
|    d. Other  **TV/Cable** | $ | 130.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 500.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 333.00 |
|    b. Life | $ | |
|    c. Health | $ | 100.00 |
|    d. Auto | $ | 100.00 |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Property Taxes** | $ | 583.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 641.00 |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 508.00 |
| 17. Other  **Monthly Expenses On Real Property - Exhibit B Attached** | $ | 8,907.00 |
| | $ | |
| | $ | |

| | | |
|---|---|---:|
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. | $ | 17,238.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**The Debtor is surrendering her seven (7) investment properties in this bankruptcy and will no longer be receiving any rental income from real property and therefore she will not be receiving the $6,077.50 per month.  Expenses for these properties have exceeded income from real property.  See Exhibit B attached.  Once investment properties are surrendered and monthly payments are no longer made, her net monthly income is -$2,015.86.**

## 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 12,392.64 |
|    b. Average monthly expenses from Line 18 above | $ | 17,238.00 |
|    c. Monthly net income (a. minus b.) | $ | -4,845.36 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

Debtor(s)                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December  9, 2008**          Signature: _Andrea Cardin Spurr_

Andrea Caroline Spurr                                         Debtor

Date: _____          Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____   _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court
**Middle District of Florida**

IN RE:                                                          Case No. _____

Spurr, Andrea Caroline _____   Chapter **7** _____

Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:          $ _____ **75,781.66**

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2. Gross Monthly Income:          $ _____ **6,315.14**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

|    |    |
|----|----|
| 3. Net Employee Payroll (Other Than Debtor) | $ _____ |
| 4. Payroll Taxes | $ _____ |
| 5. Unemployment Taxes | $ _____ |
| 6. Worker's Compensation | $ _____ |
| 7. Other Taxes | $ _____ |
| 8. Inventory Purchases (Including raw materials) | $ _____ |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | $ _____ |
| 10. Rent (Other than debtor's principal residence) | $ _____ |
| 11. Utilities | $ _____ |
| 12. Office Expenses and Supplies | $ _____ 350.00 |
| 13. Repairs and Maintenance | $ _____ |
| 14. Vehicle Expenses | $ _____ |
| 15. Travel and Entertainment | $ _____ |
| 16. Equipment Rental and Leases | $ _____ |
| 17. Legal/Accounting/Other Professional Fees | $ _____ 75.00 |
| 18. Insurance | $ _____ 83.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | $ _____ |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | $ _____ |
| 21. Other (Specify): | $ _____ |
| 22. Total Monthly Expenses (Add items 3-21) | $ _____ 508.00 |

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)     $ _____ **5,807.14**

**IN RE:**

Case No. _____

Spurr, Andrea Caroline _____

Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 57,185.00 | Income (2006) |
| 49,787.00 | Income (2007) |
| 54,360.37 | Income (2008) |

**2. Income other than from employment or operation of business**

None  ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 58,680.48 | Rental Income (2006) |
| 71,496.70 | Rental Income (2007) |
| 46,437.50 | Rental Income (2008) |

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Regions Bank<br>P.O. Box 2224<br>Birmingham, AL  35246-0009 | 8/22/2008 | 967.00 | 48,362.69 |
| Credit Card Debt<br>Account # 0000212000129206 | | | |
| Bank Of America<br>P.O. Box 26078<br>Greensboro, NC  27420 | 9/4/08 | 1,766.61 | 19,331.84 |
| Credit Card Debt<br>Account # 5474-8750-0129-9222 | | | |
| Bank Of America Business Card<br>P.O. Box 15710<br>Wilmington, DE  19886-5710 | 7/11/2008 | 1,088.25 | 29,427.25 |
| Credit Card Debt<br>Account # 4003-9040-0136-2161 | | | |
| IndyMac<br>P.O. Box 78826<br>Phoenix, AZ  85062-8826 | 8/15/2008 | 1,021.72 | 0.00 |
| Mortgage secured by 10638 101st Ave. N, Seminole, FL (Investment Property)<br>Account # 1010026936 | | | |
| WaMu<br>P.O. Box 78148<br>Phoenix, AZ  85062-8147 | 9/5/08 | 1,178.47 | 0.00 |
| Mortgage secured by 3135 Pine Tree Ave., Largo, FL (Investment Property)<br>Account # 0666650908 | | | |
| Wells Fargo<br>Post Office Box 660455<br>Dallas, TX  75266-0455 | 8/15/08 | 1,903.64 | 0.00 |
| Mortgage secured by 1201 NE 6th Pl., Cape Coral, FL (Investment Property)<br>Account # 0152545422 | | | |
| Aurora Loan Services<br>10350 Park Meadows Dr.<br>Littleton, CO  80124 | 7/15/08 | 825.19 | 0.00 |
| Mortgage secured by 3138 Oaklawn Ave.. Largo, FL (Investment Property)<br>Account # 0021701669 | | | |
| Wachovia Bank, NA<br>P.O. Box 96074<br>Charlotte, NC  28296-0074 | 9/15/08 | 3,001.46 | 461,851.70 |
| 1st Mortgage on Homestead - 8006 Elisabeth Lane, Largo, FL (Exempt)<br>Account # 0226548643 | | | |
| Citi Cards<br>P.O. Box 6411<br>The Lakes, NV  88901-6411 | 9/8/08 | 1,022.90 | 0.00 |
| Lexus Financial Services<br>P.O. Box 17187<br>Baltimore, MD  21297-0511 | 9/4/08 | 641.00 | 0.00 |

None ☑   *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National Credit Union Administration, et al. v. Andrea C. Spurr and Gulfstream Development Group, LLC, Case No. 08-CA-001206** | Foreclosure | **Circuit Court, Charlotte County, FL** | Pending |
| **National Credit Union Administration, et al. v. Andrea C. Spurr and Gulfstream Development Group, LLC, Case No. 08-CA-001216** | Foreclosure | **Circuit Court, Charlotte County, FL** | Pending |

---

None ☑   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None ☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **National Credit Union Association Asset Mgmt & Assistance Center 4807 Spicewood Springs Rd., Ste. 5100 Austin, TX 78759** | **Circuit Court, Charlotte County, FL, National Credit Union Assn., et al. v. Andrea C. Spurr, et al., 08-CA-001216** | | **13210 Essman Ave., Port Charlotte, FL Value: $200,000.00** |

**National Credit Union Administration, as Liquidating Agent for the Huron River Area Credit Union, as of November 17, 2007.**

| | | | |
|---|---|---|---|
| **National Credit Union Association Asset Mgmt & Assistance Center 4807 Spicewood Springs Rd., Ste. 5100 Austin, TX 78759** | **Circuit Court, Charlotte County, FL, National Credit Union Assn. et al. v. Andrea C. Spurr, et al., 08-001208** | | **13218 Eleanor Ave., Port Charlotte, FL, Value: $200,000.00** |

---

## 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Top Dog All-Stars 1200 Starkey Rd. Largo, FL 33771** | **Donor** | **7/11/08** | **Donation $500.00** |

**8. Losses**

<sup>None</sup> ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

<sup>None</sup> ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Iurillo & Associates, P.A.<br>600 First Ave N, Suite 308<br>St. Petersburg, FL  33701 | | 3,299.00 |

**Allocated as follows:  $3,000.00 retainer/$299.00 filing fee**

***The above fee included services as follows:**
1. Services outlined in paragraphs 5a-c on the Disclosure of Compensation of Attorney for Debtor.
2. Analysis of the valuation of Debtor's assets and the status of the same as exempt.
3. Detailed analysis of Debtor's businesses (Andrea C. Spurr, DDS, P.A., S & T Investments, LLC, and Online Shopper's Paradise, LLC), with respect to status, income, expenses and valuation.
4. Analysis of Debtor's business income and expenses for the previous 12 months relating to the seven investment properties being surrendered in this bankruptcy.
5. Review and analysis of documentation pertaining to Debtor's investment properties titled to various land trusts; and review of applicable trust documents in order to complete same.
6. Consultation regarding potential claims Debtor may have against property management companies as set forth further on Schedule B.

**10. Other transfers**

<sup>None</sup> ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sup>None</sup> ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

<sup>None</sup> ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank Of America | Business Checking #003673145218 | $16.58 Closed 8/23/08 |

**12. Safe deposit boxes**

<sup>None</sup> ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

<sup>None</sup> ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

<sup>None</sup> ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Andrea C. Spurr, DDS, P.A. | 59-3740162 | 8000 Seminole Blvd., #7 Seminole, FL 33777 | Dentistry | 8/1998 to Present |
| Subchapter S corporation | | | | |
| Skykid Holdings, LLC | | Acorn Corporate Services, Inc. 3225 McLeod Dr., Ste. 100 Las Vegas, NV 89121 | Real Estate Investment | March 7, 2005 - March 31, 2007 |
| S & T Investments, LLC | 05-0574948 | 8006 Elisabeth Lane Largo, FL 33777 | Real Estate Investment | June 5, 2003 - Present |
| Online Shopper's Paradise, LLC | | 8006 Elisabeth Lane Largo, FL 33777 | Internet Retail Business | May 2, 2008 - Present |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Cahill, CPA**<br>**5290 Seminole Blvd., Ste. D**<br>**St. Petersburg, FL  33708** | **3/2004 to present** |
| **Kevin Burkett, CPA**<br>**501 First Ave. N, Ste. 626**<br>**St. Petersburg, FL  33701** | **2/1998 through 3/2004** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Cahill, CPA**<br>**5290 Seminole Blvd., Ste. D**<br>**St. Petersburg, FL  33708** | **3/2004 to present for Andrea C. Spurr, DDS, P.A.** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Michael Cahill, CPA**
**5290 Seminole Blvd., Ste. D**
**St. Petersburg, FL  33708**

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **December  9, 2008**  Signature of Debtor _Andrea Caroline Spurr_

Andrea Caroline Spurr

Date: _____  Signature of Joint Debtor (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

IN RE:                                                    Case No. _____

**Spurr, Andrea Caroline** _____          Chapter **7**
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **Aurora Loan Services** | **Describe Property Securing Debt:** <br> **3138 Oaklawn Ave.** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> **Bank Of America** | **Describe Property Securing Debt:** <br> **8006 Elisabeth Lane** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **Lexus Financial Services (Lessor)** | **Describe Leased Property:** <br> **Debtor is Lessee on Car Lease - 2008 Lexus RX 350** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☑ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** <br> **Andrea C. Spurr (Lessor)** | **Describe Leased Property:** <br> **Debtor is Lessor - Residential Lease: 10638 101st Ave. N., Semi** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☑ No |

___**3** continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____**December  9, 2008**_____     *Andrea Caroline Spurr*  Andrea Caroline Spurr
                                          Signature of Debtor

                                          _____
                                          Signature of Joint Debtor

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Countrywide Home Loans** | **Describe Property Securing Debt:**<br>**2978 Oaklawn Ave.** |

Property will be *(check one):*
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one):*
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**IndyMac** | **Describe Property Securing Debt:**<br>**10638 101st Ave. N.** |

Property will be *(check one):*
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one):*
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**National Credit Union Administration** | **Describe Property Securing Debt:**<br>**13210 Essman Ave.** |

Property will be *(check one):*
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one):*
☐ Claimed as exempt  ☑ Not claimed as exempt

## PART B – Continuation

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Andrea C. Spurr (Lessor)** | **Describe Leased Property:**<br>**Debtor is Lessor - Residential Lease:**<br>**1201 NE 6th Place, Cape C** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☑ No |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**Andrea C. Spurr (Lessor)** | **Describe Leased Property:**<br>**Debtor is Lessor - Residential Lease:**<br>**2978 Oaklawn Ave., Largo,** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☑ No |

Continuation sheet ___1___ of ___3___

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*(Continuation Sheet)*

## PART A – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**National Credit Union Administration** | **Describe Property Securing Debt:**<br>**13178 Eleanor Ave.** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Wachovia Bank, NA** | **Describe Property Securing Debt:**<br>**8006 Elisabeth Lane** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**WaMu** | **Describe Property Securing Debt:**<br>**3135 Pine Tree Ave.** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

## PART B – Continuation

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>**Andrea C. Spurr (Lessor)** | **Describe Leased Property:**<br>**Debtor is Lessor - Residential Lease:**<br>**2978 Oaklawn Ave., Largo,** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☑ No |

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br>**Andrea C. Spurr (Lessor)** | **Describe Leased Property:**<br>**Debtor is Lessor - Residential Lease:**<br>**3135 Pine Tree Ave., Larg** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☑ No |

Continuation sheet ___2___ of ___3___

## PART A – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo** | **Describe Property Securing Debt:**<br>**1201 NE 6th Place** |

Property will be *(check one):*
☑ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one):*
☐ Claimed as exempt ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one):*
☐ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one):*
☐ Claimed as exempt ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one):*
☐ Surrendered ☐ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one):*
☐ Claimed as exempt ☐ Not claimed as exempt

## PART B – Continuation

| Property No. 7 | | |
|---|---|---|
| **Lessor's Name:**<br>**Andrea C. Spurr (Lessor)** | **Describe Leased Property:**<br>**Debtor is Lessor - Residential Lease:**<br>**3138 Oaklawn Ave., Largo,** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 8 | | |
|---|---|---|
| **Lessor's Name:**<br>**Andrea C. Spurr (Lessor)** | **Describe Leased Property:**<br>**Debtor is Lessor- Residential Lease:**<br>**3135 Pine Tree Ave., Largo** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

Continuation sheet ___3___ of ___3___

**United States Bankruptcy Court**
**Middle District of Florida**

IN RE:                                                            Case No. _____

Spurr, Andrea Caroline _____    Chapter **7** _____

                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December  9, 2008** _____    Signature: _Andrea Caroline Spurr_ _____

                                          **Andrea Caroline Spurr**                        Debtor


Date: _____    Signature: _____

                                                                      Joint Debtor, if any

Spurr, Andrea Caroline
8006 Elisabeth Lane
Largo, FL 33777

Bank Of America
P.O. Box 538673
Atlanta, GA 30353-8673

Countrywide Home Loans
P.O. Box 660694
Dallas, TX 75266-0694

Iurillo & Associates, P.A.
600 First Avenue North Suite 308
St. Petersburg, FL 33701

Bank Of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Elda Matthews
10638 101st Ave. N.
Seminole, FL 33772

Andrea C. Spurr (Lessor)
8006 Elisabeth Lane
Largo, FL 33777

Chase
Post Office Box 15153
Wilmington, DE 19886-5153

Elda Matthews (Lessee)
10638 101st Ave. N.
Seminole, FL 33772

Aurora Loan Services
10350 Park Meadows Dr.
Littleton, CO 80124

Chase Bank One
Post Office Box 15298
Wilmington, DE 19850-5298

Eric Bordeau
(Lessee)
2978 Oaklawn Ave.
Largo, FL 33777

Aurora Loan Services
P.O. Box 1706
2617 College Park
Scottsbluff, NE 69363-1706

Citi Cards
P.O. Box 6411
The Lakes, NV 88901-6411

Eric Bordeau
2978 Oaklawn Ave.
Largo, FL 33777

Aurora Loan Services
P.O. Box 78112
Phoenix, AZ 85062-8112

Citicard
Citibank Customer Service
Post Office Box 6500
Sioux Falls, SD 57117

IndyMac
P.O. Box 78826
Phoenix, AZ 85062-8826

Bank Of America
P.O. Box 15184
Wilmington, DE 19850-5184

CitiCards
1500 Boltonfield St.
Columbus, OH 43228

Jacqueline Gang
(Lessee)
3135 Pine Tree Ave.
Largo, FL 33771

Bank Of America
Post Office Box 15026
Wilmington, DE 19850-5026

Countrywide
SVB-314
P.O. Box 5170
Simi Valley, CA 93065-6298

Jacqueline Gang
3135 Pine Tree Ave.
Largo, FL 33771

Bank Of America
P.O. Box 15019
Wilmington, DE 19886-5019

Countrywide
P.O. Box 10211
VanNuys, CA 91499-6089

Jose Trejo
3138 Oaklawn Ave.
Largo, FL 33771

Bank Of America
P.O. Box 21848
Greensboro, NC 27420-1848

Countrywide
Insurance Department
P.O. Box 961206 FTWX-22
Fort Worth, TX 76161-0206

Jose Trejo (Lessee)
3138 Oaklawn Ave.
Largo, FL 33771

P.O. Box 78148
Phoenix, AZ 85062-8147

**Lexus Financial Services (Lessor)**
P.O. Box 17187
Baltimore, MD 21297-0511

**Washington Mutual Bank**
P.O. Box 44118
Jacksonville, FL 32231-4118

**Martina Flores**
2978 Oaklawn Ave.
Largo, FL 33777

**Wells Fargo**
Post Office Box 660455
Dallas, TX 75266-0455

**Martina Flores
(Lessee)**
2978 Oaklawn Ave.
Largo, FL 33777

**Wells Fargo**
Post Office Box 10335
Des Moines, IA 50306

**Nancie Gordon**
3135 Pine Tree Ave.
Largo, FL 33771

**Nancie Gordon
(Lessee)**
3135 Pine Tree Ave.
Largo, FL 33771

**National Credit Union Administration
Liqudatg Agt Huron Riv Area Credit Union**
4807 Spicewood Spgs Rd., Ste. 5100
Austin, TX 78759

**Regions Bank**
P.O. Box 2224
Birmingham, AL 35246-0009

**Wachovia Bank, NA**
P.O. Box 96074
Charlotte, NC 28296-0074

**Wachovia Bank, NA**
P.O. Box 96001
Charlotte, NC 28296-0001

**IN RE:**

Case No. _____

**Spurr, Andrea Caroline** _____

Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,000.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

    ***The above fee included services as follows:**
    **1.  Services outlined in paragraphs 5a-c above.**
    **2.  Analysis of the valuation of Debtor's assets and the status of the same as exempt.**
    **3.  Detailed analysis of Debtor's businesses (Andrea C. Spurr, DDS, P.A., S & T Investments, LLC, and Online Shopper's Paradise, LLC), with respect to status, income, expenses and valuation.**
    **4.  Analysis of Debtor's business income and expenses for the previous 12 months relating to the seven investment properties being surrendered in this bankruptcy.**
    **5.  Review and analysis of documentation pertaining to Debtor's investment properties titled to various land trusts; and review of applicable trust documents in order to complete same.**
    **6.  Consultation regarding potential claims Debtor may have against property management companies as set forth further on Schedule B.**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **All services set forth in the fee agreement executed by the Debtor which includes but are not limited to matters such as adversary proceedings and contested matters.  These services shall be rendered at the hourly rate of $325.00 after execution of the appropriate fee agreement and the tendering of the appropriate retainer.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  9, 2008**
_____
Date

*Gina M. Pellegrino*

Gina M. Pellegrino 0022842
Iurillo & Associates, P.A.
600 First Avenue North Suite 308
St. Petersburg, FL  33701

In re: __Spurr, Andrea Caroline__
<br>Debtor(s)

Case Number: _____
<br>(If known)

According to the calculations required by this statement:

☐ **The presumption arises**

☐ **The presumption does not arise**

(Check the box as directed in Parts I, III, and VI of this statement.)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
|---|---|
| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | |
|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|
| **3**    **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| **4**    **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |

| | | | Column A | Column B |
|---|---|---|---|---|
| a. | Gross receipts | $ | | |
| b. | Ordinary and necessary business expenses | $ | | |
| c. | Business income | Subtract Line b from Line a | $ | $ |

| | | | | |
|---|---|---|---|---|
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | |
| | a. | Gross receipts | $ | |
| | b. | Ordinary and necessary operating expenses | $ | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $          $ |
| 6 | **Interest, dividends, and royalties.** | | $ | $ |
| 7 | **Pension and retirement income.** | | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.** | | | |
| | a. | | $ | |
| | b. | | $ | |
| | Total and enter on Line 10 | | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $ | |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: ____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|

| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
|---|---|---|

| | a. | | $ | |
|---|---|---|---|---|
| | b. | | $ | |
| | c. | | $ | $ |

| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | $ |
|---|---|---|

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |
|---|---|---|

| | Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | $ |

| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|---|---|---|

| 20B | Local Standards: housing and utilities; mortgage/rent expense. Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. Do not enter an amount less than zero. | |
|---|---|---|

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | $ |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | $ |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

**Subpart B: Additional Expense Deductions under § 707(b)**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |

| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|----|----|----|
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

**Subpart C: Deductions for Debt Payment**

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|----|----|----|----|----|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add lines a, b and c. | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|----|----|----|----|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|----|----|----|

| | | | | |
|---|---|---|---|---|
| 45 | | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly chapter 13 plan payment. | $ | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|---|---|

Date: **December 9, 2008**        Signature: _Andrea Caroline Spurr_
(Debtor)

Date: _____        Signature: _____
(Joint Debtor, if any)